August 12, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

---

## NO. 15-25-00057-CV

---

### GBOLAHANMI ALADE, Appellant

### V.

### WRPV III SOUTHSIDE FLATS , LLC D/B/A SOUTHSIDE, Appellee

---

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 25, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Gbolahanmi Alade.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered August 12, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.